**In re Reginald YOUNG, Petitioner.**

**No. 12–2100.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
May 3, 2012.

Opinion filed: May 17, 2012.

Reginald Young, Greenville, IL, pro se.

Karen L. Grigsby, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America, R. Barclay Surrick.

Before: SLOVITER, FISHER and WEIS, Circuit Judges.

OPINION

PER CURIAM.

In this petition for mandamus, Reginald Young asks us to direct the "respondent" to rule on his application for a certificate of appealability. In form, the petition reads less like a request for mandamus and more like a motion to expedite proceedings. In any case, it is moot; we denied Young's request for a certificate of appealability. *See United States v. Young,* C.A. No. 12–1577. Therefore, this "mandamus petition" will be denied, as Young has obtained the ruling he seeks to compel. *See Carr v.*

*Am. Red Cross,* 17 F.3d 671, 684 (3d Cir. 1994).